IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF RONALD GRAEVE CONSTRUCTION, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV539 |
| v. | ) ) | ORDER |
| RONCO CONSTRUCTION COMPANY; THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the Operations Administrator on June 20, 2006, by the plaintiff's counsel,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before July 31, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 21st day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge