IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF RONALD GRAEVE CONSTRUCTION,<br><br>      Plaintiff,<br><br>      v.<br><br>RONCO CONSTRUCTION COMPANY, and CINCINNATI INSURANCE,<br><br>      Defendants. | 8:05CV539<br><br><br>ORDER |

This matter is before the court on the parties' joint motion for dismissal with prejudice, Filing No. No. 11. The court finds the motion should be granted. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

DATED this 20th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge